# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MIRIAM ENRIQUEZ,<br><br>Defendant | Case No. 19-CR-0352-CAB<br>**ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS** |

GOOD CAUSE APPEARING based upon the motion filed by the government indicating the defendant has completed the terms set forth in her deferred entry of judgment agreement,

IT IS HEREBY ORDERED that the Information shall be dismissed against Miriam Enriquez with prejudice.

IT IS FURTHER ORDERED bond is exonerated. Defense Counsel shall prepare an order to disburse funds or release collateral.

IT IS SO ORDERED.

DATED: April 9, 2020

_____
HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE